s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| Scholz Design, Inc., | : | Case No. C-2-03-498 |
|---|---|---|
| Plaintiff, | : | (Hon. Smith) |
|  | : | (Magistrate Judge King) |
| vs. | : |  |
| Brad Crosby, et al., | : | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |
| Defendants. | : |  |
|  | : |  |
|  | : |  |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

Pursuant to Rule 41(a)(1)(ii), all parties to this case stipulate that Plaintiff's Complaint is hereby dismissed with prejudice, with each party to pay its own court costs.

IT IS SO ORDERED.

_____George C. Smith_____
Judge

Agreed to as to form and content:

/s/ *James L. Rogers*
James L. Rogers, Esq.
Attorney for Plaintiff


/s/ *David A. Caborn , via consent*
David A. Caborn, Esq.
Attorney for Defendant